UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| KARL WALTER DICKHAUS, | ) | Case No. 09-46294-399 |
| | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| LENNOTH GREENWOOD, and | ) | **Adversary No. 09-4213-659** |
| HARRIET GREENWOOD, | ) | |
| | ) | PUBLISHED |
| Plaintiffs, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| KARL WALTER DICKHAUS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The matter before the Court is Plaintiffs' Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(6) and Debtor's Counterclaim for Damages for Violation of the Automatic Stay. For the reasons set forth in the Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiffs' Complaint is DENIED and judgment is entered in favor of Debtor Karl Dickhaus and against Plaintiffs Lennoth and Harriett Greenwood in that the debt owed by Debtor to Plaintiffs under the Malpractice Judgement is discharged; and

**IT IS FURTHER ORDERED THAT** the relief requested in Debtor's Counterclaim is **DENIED** and judgment is entered in favor of Plaintiffs and against Debtor in that there was no violation of

the automatic stay by Plaintiffs and therefore no damages to Debtor; and this is the final judgment and Order of the Bankruptcy Court in this case.

*/s/ Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: March 16, 2010
St. Louis, Missouri


Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Peter H. Love
Goffstein, Raskas et al.
7701 Clayton Rd.
St. Louis, MO 63117

Edward J. Karfeld
611 Olive St., Ste. 1640
St. Louis, MO 63101

Lennoth and Harriet Greenwood
34111 State Hwy V
Anabel, MO 63431

Karl Walter Dickhaus
61 Chaminade
Saint Louis, MO 63131